UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW REID,<br><br>                              Plaintiff,<br><br>       v.<br><br>STATE OF NEVADA,<br><br>                              Defendant. | Case No. 3:26-cv-00159-MMD-CLB<br><br>ORDER |

**I.     DISCUSSION**

On March 6, 2026, pro se plaintiff Matthew Reid, an inmate in the custody of the Nevada Department of Corrections, initiated this case with an application to proceed *in forma pauperis*. (ECF No. 1). However, Plaintiff has not filed complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

This case cannot proceed unless Plaintiff files a complaint that complies with the Federal Rules of Civil Procedure and Nevada Local Rules. The Court will give Plaintiff until **April 27, 2026**, to file a complaint.

**II.     CONCLUSION**

It is therefore ordered that Plaintiff has **until April 27, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to send Plaintiff Matthew Reid the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: March 26, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2